IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| James Mastronardi, | ) |
|       Plaintiff, | ) ) ) |
| vs. | ) ) C.A. No.: 6:23-cv-02942-HMH |
| UnitedHealthcare Insurance Company, | ) ) ) |
|       Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff James Mastronardi and Defendant UnitedHealthcare Insurance Company hereby stipulate that Plaintiff's Complaint in the above-styled action shall be and the same hereby is dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her/its own costs and expenses of litigation.

Respectfully submitted, this 19th day of September, 2023.

| | |
|---|---|
| s/John C. Hawk, IV | s/M. Leila Louzri |
| John C. Hawk, IV | M. Leila Louzri |
| Federal I.D. No.: 9853 | Federal I.D. No.: 12007 |
| **FOX ROTHSCHILD LLP** | **FOSTER LAW FIRM, LLC** |
| 2 W. Washington Street, Suite 1100 | Post Office Box 2123 |
| Greenville, South Carolina 29601 | Greenville, SC 29602 |
| Telephone: (864) 751-7600 | Telephone: (864) 242-6200 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |